Oscar Krakow, appellant, v. Metropolitan Life Insurance Company, appellee. Gen. No. 25,105.

Action of slander. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed April 30, 1920.

Lloyd David Heth, for appellant. Hoyne, O'Connor & Irwin, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Anna Bradford, plaintiff in error. Gen. No. 25,285.

Conviction on charge of assault with deadly weapon. Error to the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed. Opinion filed April 30, 1920.

Ferdinand L. Barnett, for plaintiff in error. Maclay Hoyne, Edward E. Wilson and John F. Cashen, Jr., for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Margaret Gerard, plaintiff in error. Gen. No. 25,320.

Conviction on charge of disposing of property by a game of chance. Error to the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed April 30, 1920.

R. J. Bieg, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Edna Skow, appellee, v. George Bloom, appellant. Gen. No. 25,542.

Bastardy charge. Judgment against defendant. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed April 30, 1920.

Max Luster, for appellant. Maclay Hoyne and Edward E. Wilson, for appellee.

Mr. Justice Barnes delivered the opinion of the court.